# JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BENJAMIN KARTEN, an individual, | Case No. 8:18-cv-00593 AG (KESx) |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| vs. | |
| CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; CITY OF LOS ANGELES AIRPORT POLICE; and DOES 1-10, in both their individual & official capacities, | |
| Defendants. | |

Pursuant to the parties' stipulation and F.R.Cv.P. 41(a)(2), the Court hereby dismisses this action with prejudice; each side to bear its own costs and attorneys' fees.

DATED: April 5, 2019

_____
**HON. ANDREW J. GUILFORD**
United States District Judge

00130955.WPD